Jesse Ortiz SBN 176450
Nolan Berggren SBN 293248
JESSE ORTIZ LAW
980 9th Street, Suite 340
Sacramento, CA 95814
Telephone: 916.443.9500

Attorneys for Plaintiff
    MARISOL VIVANCO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARISOL VIVANCO, individually and as Successor in Interest of SOLTON VIVANCO GONZALEZ (deceased),<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, SCOTT FRAUENHEIM, and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 1:17-cv-00434-LJO-BAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SCHEDULING CONFERENCE<br><br>Date:      June 20, 2017<br>Time:     9:30 a.m.<br>Courtroom: 8<br>Judge:    Hon. Barbara A. McAuliffe |

    IT IS HEREBY STIPULATED by and between the parties, Plaintiff, MARISOL VIVANCO, individually and as successor in interest of SOLTON VIVANCO GONZALEZ ("Plaintiff"), and Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION and SCOTT FRAUENHEIM (collectively "Defendants"), by and through their respective attorneys of record as follows:

1. The purpose of this Stipulation is to continue the Scheduling Conference currently set for June 20, 2017 at 9:30 am in Courtroom 8 of the above-entitled Court.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

2. On or about March 24, 2017, Defendants filed an Amended Motion to Dismiss the Complaint filed by Plaintiff in this action (Docket #4), and a hearing was set for April 25, 2017 at 8:30 a.m. in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

3. On or about April 19, 2017, Chief Judge Lawrence J. O'Neill found the Motion suitable for decision without oral argument and vacated the April 25, 2017 hearing on the Motion. As of the drafting of this Stipulation, a ruling on Defendants' Amended Motion to Dismiss has not been issued by the Court.

4. With consideration of the current state of the pleadings, and with the Court's permission, the parties agree to a sixty-day continuance of the Scheduling Conference currently set for June 20, 2017 at 9:30 am in Courtroom 8, in order to allow time for the Court to issue a ruling on Defendants' Amended Motion to Dismiss.

DATE: June 13, 2017						JESSE ORTIZ LAW

							  /s/Jesse Ortiz_____
							    Jesse Ortiz
							    Nolan Berggren
							    *Attorneys for Plaintiffs*


DATE: June 13, 2017						XAVIER BECERRA
								Attorney General of California
								CHRISTOPHER J. BECKER
								Supervising Deputy Attorney General


							  _____/s/_Diana Esquivel_____
							  DIANA ESQUIVEL
							  Deputy Attorney General
							  *Attorneys for Defendants*

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

Continue the Scheduling Conference of June 20, 2017 at 9:30 a.m., to **Wednesday, September 6, 2017, at 9:30 a.m.**, with the Parties to file a Joint Scheduling Conference Statement at least one week prior to the continued Scheduling Conference date. Parties wishing to appear telephonically may do so *with* **each party** using the following dial-in number and passcode: *dial-in number 1-877-411-9748; passcode 3190866.*

IT IS SO ORDERED.

Dated: **June 14, 2017**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE