1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 445-4928
6    Facsimile:  (916) 324-5205
     E-mail:  Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants California Department of
8  Corrections and Rehabilitation and Frauenheim*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARISOL VIVANCO, Individually and as Successor in Interest of SOLTON VIVANCO GONZALEZ (deceased),**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,**<br><br>Defendants. | No. 1:17-cv-00434 LJO-BAM<br><br>**STIPULATION FOR TWENTY-DAY EXTENSION TO FILE RESPONSE TO FIRST AMENDED COMPLAINT; ORDER**<br><br>Action Removed/Filed:  March 23, 2017<br>Originally Filed:           December 20, 2016 |

Under Federal Rules of Civil Procedure 6(b) and 15(a)(3) and Local Rules 143 and 144, the parties, by and through their attorneys of record, stipulate to a twenty-day extension, up to and including August 15, 2017, for Defendants to respond to the first amended complaint.  Good cause exists to grant this request because defense counsel requires more time to analyze the amended complaint and prepare the response.

1

On June 13, 2017, the Court granted Defendants' motion to dismiss with leave to amend. (ECF No. 9.) Plaintiff filed her amended complaint on July 12, 2017. (ECF No. 11.) The current deadline for Defendants to respond to the amended pleading is July 26, 2017. *See* Fed. R. Civ. P. 15(a)(3). Defense counsel requires more time to fully analyze the amended complaint, determine whether another dismissal motion is appropriate, or decide whether an answer is the best course and flush out any ambiguities in the pleading during discovery. She must then prepare the appropriate response. However, the attorney for the Defendants is currently in trial preparations, and has been since the amended complaint was filed. She is scheduled to start trial before Judge Mendez in *Cordero v. Guzman* (E.D. Cal. No. 2:13-cv-1515 JAM-KJN) on July 27, 2017. She will be unable to prepare the response until after her trial which is expected to last three to four days. For these reasons, the parties request a twenty-day extension for Defendants to respond to the amended complaint.

Dated: July 25, 2017                                          Respectfully submitted,

                                                              XAVIER BECERRA
                                                              Attorney General of California
                                                              CHRISTOPHER J. BECKER
                                                              Supervising Deputy Attorney General

                                                              */s/ Diana Esquivel*

                                                              DIANA ESQUIVEL
                                                              Deputy Attorney General
                                                              *Attorneys for Defendants*


Dated: July 25, 2017                                          JESSE ORTIZ LAW

                                                              */s/ Nolan Berggren* (as authorized on 7/25/17)

                                                              JESSE ORTIZ
                                                              NOLAN BERGGREN
                                                              *Attorneys for Plaintiff*

SA2017303802
32971490.doc

2

**ORDER**

Based on the parties' stipulation and good cause appearing, the request for a twenty-day extension for Defendants to respond to the first amended complaint (ECF No. 11) is GRANTED.

Defendants shall file their response to the first amended complaint on or before August 15, 2017.

IT IS SO ORDERED.

Dated:   **July 26, 2017**          /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE

3

Stipulation for Twenty-Day Extension for Defendants to Respond to the Amended Complaint  (1:17-cv-00434 LJO-BAM)