**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL VIVANCO, Individually and as Successor in Interest to SOLTON VIVANCO GONZALEZ,<br>　　　　　　Plaintiff,<br>　　v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br>　　　　　　Defendants. | Case No.: 1:17-cv-00434-BAM<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO TAKE THE DEPOSITION OF WITNESS KACEY VALLI, A PERSON CONFINED IN PRISON<br>(Doc. No. 33) |

　　This case concerns Plaintiff Marisol Vivanco's claims related to the death of Solton Vivanco Gonzalez while in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). This action proceeds on Plaintiff's Eighth Amendment deliberate indifference and Fourteenth Amendment substantive due process claims against Defendant Warden Scott Frauenheim and Doe Defendants, and her state law claim for wrongful death against CDCR and Doe Defendants.

　　On July 27, 2018, Defendants CDCR and Warden Scott Frauenheim filed a request seeking leave to depose witness Kacey Valli (CDCR No. AX0706), who is incarcerated at the California Health Care Facility-Stockton. Federal Rule of Civil Procedure 30(a) provides that a party must obtain leave of court to depose a person confined in prison, and the court must grant such leave consistent with Federal Rule of Civil Procedure 26. Fed. R. Civ. P. 30(a)(2)(B) ("A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in

prison."). Defendants explain that Plaintiff identified Mr. Valli as a witness to the incident in her initial disclosures and in responses to interrogatories. Defendants further indicate that deposition of Mr. Valli will be scheduled upon reasonable notice as provided by Rule 30(b).

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and for cause shown, Defendants' request for leave to depose witness Kacey Valli (CDCR No. AX0706), a person confined in prison, is HEREBY GRANTED. Defendants shall schedule the deposition of Mr. Valli upon reasonable notice as provided by Rule 30(b).

IT IS SO ORDERED.

Dated: **July 31, 2018**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE