1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  NEAH HUYNH, State Bar No. 235377
   Supervising Deputy Attorney General
3  PREETI K. BAJWA, State Bar No. 232484
   Deputy Attorney General
4  JENYA M. PARKMAN, State Bar No. 310302
   Deputy Attorney General
5   1515 Clay St. 20th Floor
    Oakland, CA 94102
6   Telephone: (510) 879-0980
    Fax: (415) 703-5843
7   E-mail: Preeti.Bajwa@doj.ca.gov
   *Attorneys for Defendants*
8  *California Department of Corrections and*
   *Rehabilitation and S. Frauenheim*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARISOL VIVANCO, individually and as Successor in Interest of SOLTON VIVANCO GONZALEZ (deceased),**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,**<br><br>Defendants. | 1:17-cv-00434 LJO BAM<br><br>**STIPULATION AND ORDER TO (1) EXTEND TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND (2) RESCHEDULE THE HEARING ON THE MOTION**<br><br>Judge: The Honorable Barbara A. McAuliffe<br>Action Filed: December 20, 2016 |

Defendants California Department of Corrections and Rehabilitation and Warden S. Frauenheim, and Plaintiff Marisol Vivanco, stipulate that the Court extend the time for Defendants to file a reply in support of their summary judgment motion by April 26, 2019, and reschedule the hearing date on the motion from April 26, 2019 at 9 a.m. to June 7, 2019 at 9 a.m.

As explained in the accompanying declaration and required by Civil Local Rule 144, there is good cause for granting an extension because Defendants require additional time to address

1

Plaintiff's opposition to facts which the parties had previously stipulated. (Decl. of Preeti K. Bajwa ¶ 4.)

This is the parties' first request for an extension of time to file a reply in support of their motion for summary judgment.

Dated: April 16, 2019

XAVIER BECERRA
Attorney General of California
NEAH HUYNH
Supervising Deputy Attorney General

*/s/ Preeti K. Bajwa*
PREETI K. BAJWA
JENYA M. PARKMAN
Deputy Attorneys General
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation and S. Frauenheim*

Dated: April 16, 2019

 */s/ Jesse Ortiz*
JESSE ORTIZ
NOLAN BERGGREN
*Attorneys for Plaintiff*
*Marisol Vivanco*

SA2017303802
42106766.docx

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file their reply in support of their motion for summary judgment by April 26, 2019. The hearing on Defendants' motion for summary judgment currently set for April 26, 2019, is HEREBY CONTINUED to **June 7, 2019, at 9:30 a.m. in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **April 17, 2019**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE