# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL VIVANCO, Individually and as Successor in Interest to SOLTON VIVANCO GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:17-cv-00434-BAM<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Doc. No. 51) |

Plaintiff Marisol Vivanco ("Plaintiff") filed Notice of Appeal (Doc. No. 52) of the July 2, 2019, Order granting Defendants' Motion for Summary Judgment. (Doc. No. 47.) On July 26, 2019, Plaintiff filed an application to proceed in forma pauperis on appeal. (Doc. No. 51). Plaintiff's application makes the showing required. Fed. R. App. P. 24(a)(1); 28 U.S.C. § 1915(a). Accordingly, Plaintiff's motion to proceed in forma pauperis on appeal is GRANTED.

IT IS SO ORDERED.

Dated: **July 29, 2019**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE